# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., *et al.*, | |
| Plaintiffs, | 2:16-cv-00612-JCM-VCF |
| vs. | |
| GIAVANNA HOMEOWNERS ASSOCIATION, *et al.*, | **ORDER** |
| Defendants. | |

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 2:30 p.m., June 6, 2016, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 27th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE