ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JESSE RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jesse.ransom@akerman.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>vs.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION; BELLA LEGATO PBB TRUST, BRYAN LAURY, AS TRUSTEE; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16 cv 612 -JCM-VCF<br><br>**NOTICE OF DISASSOCIATION** |

Bank of America, N.A. (**BANA**) hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP.  **BANA** requests Mr. Clark be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ. and JESSE RANSOM, ESQ. receive all future notices.

Respectfully submitted, this 3rd day of March, 2017.

**AKERMAN LLP**


/s/  *Jesse Ransom*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{41058504;1}

JESSE RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*

## COURT APPROVAL

IT IS SO ORDERED.

Date: 3-6-2017 _____

_____
UNITED STATES MAGISTRATE JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on the this 3rd day of March, 2017, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

*/s/ Michael Hannon*
An employee of AKERMAN LLP

{41058504;1}