ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Bank of America, N.A. successor
by merger to BAC Home Loans Servicing, LP
f/k/a Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION; BELLA LEGATO PBB TRUST, BRYAN LAURY, AS TRUSTEE; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00612-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS GIAVANNA HOA AND ABSOLUTE COLLECTION SERVICES** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and defendants Giavanna Homeowners Association (**Giavanna**), and Absolute Collection Services, LLC (**ACS**) (collectively, the **Parties**) hereby stipulate to the following:

1. BANA agrees to dismiss its claims against Giavanna and ACS in their entirety without prejudice, each side to bear its own fees and costs, and the parties agree that the statute of limitations is tolled with respect to the claims BANA brought against them until a final judgment is entered in this case and any appeal deadline has expired.

2. Givanna and ACS agree to cooperate with any remaining discovery requests, including without limitation copies of their files, producing witnesses for deposition and/or trial, and any other reasonable requests for discovery.

3. This stipulation does not affect BANA's claims as to defendant Bella Legato PBB Trust, Bryan Laury, as Trustee.

DATED: January 28, 2020.

| **AKERMAN LLP** | **ABSOLUTE COLLECTION SERVICES, LLC** |
|---|---|
| By:/s/ *Rex D. Garner*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Ctr. Circle, #200<br>Las Vegas, NV 89134<br><br>*Attorneys for Plaintiff* | By: */s/ Shane D. Cox*<br>Shane D. Cox, Esq.<br>Nevada Bar No. 13852<br>9620 Windom Point Avenue<br>Las Vegas, NV 89129<br><br>*Attorneys for Absolute Collection Services, LLC* |

**BOYACK ORME & TAYLOR**

By:/s/ *Christopher Anthony*
CHRISTOPHER ANTHONY, ESQ.
Nevada Bar No. 009748
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for Giavanna Homeowners Association*

**ORDER**

IT IS SO ORDERED:

DATED: January 31, 2020

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-00612-JCM-DJA