ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
*1635 Village Center Circle, Suite 200*
*Las Vegas, NV 89134*
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akermna.com

*Attorneys for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION; BELLA LEGATO PBB TRUST, BRYAN LAURY, AS TRUSTEE; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.:  2:16-cv-00612-JCM-DJA<br><br>**FINAL JUDGMENT** |

This matter pertains to the real property located at 3648 Bella Legato Avenue, North Las Vegas, Nevada 89081-4044 (APN 123-31-112-135), more specifically described as follows:

> Lot 387 of Final Map of RUNVEE HOBART UNIT 2A, as shown by map thereof, on file in Book 124 of Plats, Page 11, in the office of the County Recorder of Clark County, Nevada.

> More fully described in Grant Bargain Sale Deed recorded 3/28/2008 as Doc. No. 20080328-3754.

53640114;1

For the reasons stated in this court's June 11, 2020 order, ECF No. 77, the court **ENTERS DEFAULT JUDGMENT** against defendant Bella Legato PBB Trust, Bryan Laury, as trustee (**PBB Trust**), and in favor of Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) on its quiet title and declaratory relief claim.

The court declares the November 6, 2012 foreclosure sale conducted by Absolute Collection Services, LLC, (**ACS**) on behalf of Giavanna Homeowners Association (the **HOA**), as evidenced by the trustee's deed upon sale recorded with the Clark County Recorder on November 7, 2012 as instrument no. 201211070002889, did not extinguish the deed of trust executed by Pascual Guzman-Perez and Brenda M. Guzman, dated June 12, 2009 and recorded with the Clark County Recorder on June 19, 2009 as instrument no. 20090619-0003471 (the **deed of trust**). The deed of trust continues to encumber the property and is superior to any right, title interest, line, equity or estate of PBB Trust and any and all of its successors in interest.

BANA's injunctive relief claim is dismissed as moot in light of the foregoing judicial determination. Because BANA already dismissed its claims against the HOA and ACS this is the final judgment of this court resolving all claims, and no further order is required.

Dated: July 2, 2020

_____
UNITED STATES DISTRICT JUDGE
Case No.:  2:16-cv-00612-JCM-DJA

*Submitted by:*

**AKERMAN LLP**

*/s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

2

53640114;1